■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE D. ORVIETO, Appellant. [686 NYS2d 307] —Appeal by

the defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered June 28, 1995, convicting him of grand larceny in the second degree and offering a false instrument for filing in the first degree (20 counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Mangano, P. J., Bracken, Joy and Krausman, JJ., concur.